UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JACQUELINE LOUISE COLLINS-KOSLOSKY, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR07-192-RAJ <br><br> SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 9, 2009. The United States was represented by Assistant United States Attorney Norman Barbosa, and the defendant by Ms. Nancy Tenney.

The defendant had been charged and convicted of Conspiracy to transport Minors in Interstate Commerce to Engage in Prostitution and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 2423(e) and 1956(h), respectively. On or about March 30, 2007, defendant was sentenced in the District of New Jersey by the Honorable Freda L. Wolfson, to a term of fifteen (15) months in custody, to be followed by eight (8) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse and mental health programs, financial disclosure and home confinement for six months.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

On May 24, 2007, an Order Accepting Probation Jurisdiction was signed by the Honorable Ricardo S. Martinez. On March 2, 2008, Judge Martinez modified supervised release requiring drug and alcohol aftercare.

In a Petition for Warrant or Summons, dated December 10, 2008, U.S. Probation Officer Jennifer J. Tien asserted the following violation by defendant of the conditions of her supervised release:

(1) Failing to comply with mental health aftercare since December 3, 2008, in violation of the special condition of supervised release.

The defendant was advised of her rights, acknowledged those rights, and admitted to the alleged violation.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violation number 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Richard A. Jones on February 25, 2009 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 9th day of February, 2009.

/s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Richard A. Jones
AUSA: Mr. Norman Barbosa
Defendant's attorney: Ms. Nancy Tenney
Probation officer: Ms. Jennifer J. Tien

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 2